# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Alphonza Eugene Walker<br>1311 Peters Cemetary RD # 1311<br>Monroe, GA  30655-6196 | **CHAPTER 13**<br><br>**Case Number:** 10-31707-JPS<br><br>**ATTORNEY:** HICKS, MASSEY & GARDNER, LLP |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $231.74 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
PO Box 850
Buffalo, NY 14226-0850


**DATED:** January 2, 2014

/s/ Camille Hope

**Camille Hope, Trustee**
P.O. Box 954
Macon, GA 31202
(478) 742-8706